IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| 350 MONTANA, MONTANA ENVIRONMENTAL INFORMATION CENTER, SIERRA CLUB, WILDEARTH GUARDIANS, <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID BERNHARDT, et al., <br><br> Defendants, <br><br> and <br><br> SIGNAL PEAK ENERGY, LLC <br><br> Defendant-Intervenor. | CV 19–12–M–DWM <br><br> ORDER |

Defendant-Intervenor Signal Peak Energy, LLC moves for the admission of Hadassah M. Reimer and Sarah C.S. Bordelon to practice before this Court in this case with John C. Martin and Victoria A. Marquis to act as local counsel. The applicant attorneys' applications appear to be in order.

Accordingly, IT IS ORDERED that Defendant-Intervenor's motions to admit Hadassah M. Reimer and Sarah C.S. Bordelon *pro hac vice* (Docs. 23, 24) are GRANTED on the condition that Ms. Reimer and Ms. Bordelon shall do their own work. This means that Ms. Reimer and Ms. Bordelon must do their own

1

writing; sign their own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Reimer and Ms. Bordelon, within fifteen (15) days of the date of this Order, file a notice acknowledging their respective admissions under the terms set forth above.

DATED this 19th day of April, 2019.

Donald W. Molloy, District Judge
United States District Court