IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| 350 MONTANA, MONTANA ENVIRONMENTAL INFORMATION CENTER, SIERRA CLUB, WILDEARTH GUARDIANS,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID BERNHARDT, et al.,<br><br>Defendants,<br><br>and<br><br>SIGNAL PEAK ENERGY, LLC,<br><br>Defendant-Intervenor. | CV 19–12–M–DWM<br><br><br>ORDER |

The parties having submitted a joint proposed case management plan (Doc. 28) in the above-captioned matter,

IT IS ORDERED that the following schedule will govern all further proceedings:

| | |
|---|---|
| File administrative record | May 30, 2019 |
| Motions to complete or supplement administrative record | June 7, 2019 |

| | |
|---|---|
| Plaintiffs' motion for summary judgment and brief (8,000 words) | June 28, 2019 |
| Defendants and Defendant-Intervenor's combined cross-motions for summary judgment and responses (8,000 words) | July 29, 2019 |
| Plaintiffs' combined reply and response (8,000 words) | August 12, 2019 |
| Defendants and Defendant-Intervenor's replies (5,000 words) | August 30, 2019 |

This schedule is not subject to revision absent a Court order. Motions to continue will be granted only upon a showing of good cause. Local Rule 7.1 governs the briefing schedule and word limits for all motions that are not specifically discussed in this Order. The filing of such motions will not stay this Order's deadlines.

The parties are advised that there will be no separate briefing to address remedies. Accordingly, the parties shall address remedies in their summary judgment briefs.

IT IS FURTHER ORDERED that within two days of filing their summary judgment briefs according to the schedule set forth above, the parties shall conventionally file a thumb drive or CD that contains PDF versions of the brief and relevant portions of the administrative record. The citations in the brief shall be hyperlinked to the relevant pages in the administrative record.

IT IS FURTHER ORDERED that in all filings with the Court, the parties shall not use acronyms except for the following commonly understood acronyms in record review cases: NEPA, NFMA, APA, ESA, EIS, and EA.

DATED this 24th day of April, 2019.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court