IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| 350 MONTANA, et al., | CV 19-12-M-DWM |
| Plaintiffs, | |
| vs. | JUDGMENT |
| DAVID BERNHARDT, et al., | |
| Defendants. and | |
| SIGNAL PEAK ENERGY, LLC, | |
| Defendant-Intervenor. | |

This action came before the Court for hearing and determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in accordance with the Court's Opinion and Order issued on today's date (Doc. 59). Plaintiffs' motion for summary judgment is granted as to Count Two of the Amended Complaint and denied as to Counts One, Three, Four, Five, and Six. The Enforcement Office and Signal Peak's motions for summary judgment are correspondingly granted and denied.

The 2018 EA is vacated and this matter is remanded to the Enforcement Office for further action.

Dated this 9th day of March, 2020.

        TYLER P. GILMAN, CLERK

        By: /s/ Nicole Stephens
        Nicole Stephens, Deputy Clerk