Shiloh S. Hernandez
Melissa A. Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 204-4861
hernandez@westernlaw.org
hornbein@westernlaw.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| 350 MONTANA et al., | CV 19-12-M-DWM |
| Plaintiffs, | **NOTICE OF APPEAL** |
| vs. | |
| DAVID BERNHARDT, et al. | |
| Defendants, | |
| and | |
| SIGNAL PEAK ENERGY, LLC, | |
| Defendant-Intervenor. | |

Notice is hereby given that Plaintiffs 350 Montana, Montana Environmental Information Center, Sierra Club, and WildEarth Guardians hereby appeal to the United States Court of Appeals for the Ninth Circuit this Court's order of March 9, 2020 (Doc. 59) and judgment entered on March 9, 2020 (Doc. 60).

Respectfully submitted this 8th day of May, 2020.

/s/ Shiloh Hernandez
Shiloh S. Hernandez
Melissa A. Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 204-4861
hernandez@westernlaw.org
hornbein@westernlaw.org

*Attorneys for Plaintiff*
