IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| 350 MONTANA, et al., | CV 19–12–M–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| DAVID BERNHARDT, et al., | |
| Defendants, | |
| and | |
| SIGNAL PEAK ENERGY, LLC, | |
| Defendant-Intervenor. | |

Defendant-Intervenor having moved to allow its appearance by video or telephone at the upcoming status hearing,

IT IS ORDERED that the motion (Doc. 81) is DENIED.  Four attorneys have appeared on behalf of Defendant-Intervenor; one of those attorneys must attend the December 2, 2022 hearing in person.[1]  If such attendance is not possible,

---

[1] Note that as of December 1, 2022, local counsel must have "a physical office within the geographical boundaries of the District of Montana." *See* D. Mont. L.R. 83.1(d)(3).

1

the hearing will be continued to the Court's 2023 calendar.

DATED this ___1st___ day of December, 2022.

_____
Donald W. Molloy, District Judge
United States District Court