IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| 350 MONTANA, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DEB HAALAND, et al.,<br><br>　　　　Defendants,<br><br>and<br><br>SIGNAL PEAK ENERGY, LLC,<br><br>　　　　Defendant-Intervenor. | CV 19–12–M–DWM<br><br><br>ORDER |

  A court may appoint a Special Master to "perform duties consented to by the parties," or to " address pretrial and posttrial matters that cannot be effectively and timely addressed by an available district judge or magistrate judge of the district." Fed. R. Civ. P. 53(a)(1). Before appointing a Special Master, the court must give the parties notice and an opportunity to be heard. Fed. R. Civ. P. 53(b)(1). Any party may suggest candidates for appointment. *Id.*

  The Court is considering appointing Retired Magistrate Judge Jeremiah Lynch as a Special Master to negotiate for a possible settlement in this matter. As indicated by Defendant-Intervenor's counsel at the December 2, 2022 status

hearing, Defendants are willing pay the costs associated with a Special Master's duties. *See* Fed. R. Civ. P. 53(g)(2)(A). Accordingly,

IT IS ORDERED that the parties may file objections to the appointment of a Special Master or suggest alternative candidates for appointment by December 9, 2022.

DATED this 6th day of December, 2022.

Donald W. Molloy, District Judge
United States District Court