IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| 350 MONTANA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DEB HAALAND, et al.,<br><br>Defendants,<br><br>and<br><br>SIGNAL PEAK ENERGY, LLC,<br><br>Defendant-Intervenor. | CV 19–12–M–DWM<br><br><br>ORDER |

Having reviewed the parties' submissions concerning the appointment of a Special Master, (Docs. 88, 89, 90), and given the argument and position of Plaintiffs' counsel at the December 2, 2022 hearing, it is obvious to the Court that mediation is untenable. Consequently, no Special Master will be appointed. The parties shall abide by the earlier scheduled briefing. (Doc. 84.)

DATED this 13th day of December, 2022.

Donald W. Molloy, District Judge
United States District Court