IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| 350 MONTANA, et al., | CV 19–12–M–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| DEB HAALAND, et al., | |
| Defendants, | |
| and | |
| SIGNAL PEAK ENERGY, LLC, | |
| Defendant-Intervenor. | |

On February 13, 2023, Defendant-Intervenor Signal Peak Energy, LLC ("Signal Peak") filed a motion to clarify, (Doc. 98), the February 10, 2023 Order in this matter, (*see* Doc. 97). Whether or not the motion is well taken, it does not comport with Local Rule 7.3(a) nor, questionably, to Federal Rule of Civil Procedure 59(e). Signal Peak also filed a motion to expedite briefing on that motion. (Doc. 100.) Plaintiffs oppose the motion and Federal Defendants take no position. (*Id.*) Plaintiffs, if they intend to respond to one or both motions must do so by February 23, 2023. This order is not a determination of either of Signal Peak's motions. Accordingly,

IT IS ORDERED that responses from Plaintiffs and Federal Defendants must be filed no later than February 23, 2023. Defendant-Intervenor may not reply to the parties' responses. This Order does not bear on the merits of the pending request for clarification.

DATED this 17th day of February, 2023.

_____
Donald W. Molloy, District Judge
United States District Court