IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| 350 MONTANA, et al., | CV 19–12–M–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| DEB HAALAND, et al., | |
| Defendants. | |

The parties having moved for a 90-day extension of the May 31, 2023 deadline to respond to Plaintiffs' motion seeking attorneys' fees and costs, (*see* Doc. 107), due to their engagement in settlement negotiations on that issue,

IT IS ORDERED that the parties' motion (Doc. 108) is GRANTED. The May 31, 2023 deadline to respond to Plaintiffs' fees and costs motion is VACATED and RESET for July 31, 2023. **No further extensions will be granted.**

DATED this 18th day of May, 2023.

Donald W. Molloy, District Judge
United States District Court

1