IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| 350 MONTANA et al., | CV 19-12-M-DWM |
| Plaintiffs, | |
| vs. | ORDER |
| DEB HAALAND, et al. | |
| Defendants. | |

Plaintiffs, having executed a settlement agreement as to costs and fees with Federal Defendants and moved to withdraw their May 17, 2023 motion for costs and attorneys' fees (Doc. 106),

IT IS ORDERED that Plaintiffs' motion to withdraw their motion (Doc. 113) is GRANTED. Plaintiffs' previous motion for costs and attorneys' fees (Doc. 106), is WITHDRAWN.

Dated this 22nd day of August, 2023.

Donald W. Molloy, District Judge
United States District Court